ACCEPTED
12/29/2014 2:08:16 PM
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 1:37:54 PM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 1:37:54 PM
CHRISTOPHER A. PRINE
Clerk

CSJ: 0050-09-086
PARCEL: 2057

**CAUSE NO. 1043062**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY CIVIL COURT |
| | § | |
| VS. | § | AT LAW NO. 4 OF |
| | § | |
| PAPPAS RESTAURANTS, INC., A | § | |
| TEXAS CORPORATION, ET AL. | § | HARRIS COUNTY, T E X A S |

## NOTICE OF APPEAL

Defendants, Pappas Restaurants, Inc. ("Pappas Restaurants") and Pappas Bar-B-Q, Inc. ("Pappas Bar-B-Q"), hereby give notice that they desire to appeal to the First or Fourteenth Court of Appeals in Houston, Texas, from the Judgment of Court in Absence of Objection signed on October 29, 2014 in this case, which is styled *State of Texas vs. Pappas Restaurants, Inc., a Texas Corporation, et al.*, Cause No. 1043062, in the County Civil Court at Law No. 4 of Harris County, Texas.

As required by the Local Rules Relating to Assignment of Related Cases to and between the First and Fourteenth Courts of Appeals, counsel certifies that no appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals related to this appeal. The form Local Rule Notice of and Assignment of Related Case in Appeals is being concurrently filed with this Notice of Appeal.

Respectfully submitted,


*/s/ Don C. Griffin*
VINSON & ELKINS LLP
H. Dixon Montague
State Bar No. 14277700
*dmontague@velaw.com*
Don C. Griffin
State Bar No. 08456975
*dgriffin@velaw.com*
1001 Fannin Street, Suite 2500
Houston, Texas  77002-6760
Telephone:(713) 758-2086
Facsimile: (713) 615-5461

**ATTORNEYS FOR DEFENDANT,
PAPPAS RESTAURANTS, INC.**


*/s/ Anna Sabayrac Marchand*
Anna Sabayrac Marchand
State Bar No. 24060543
Frank Markantonis
State Bar No. 12986700
13939 Northwest Freeway, Suite 100
Houston, Texas  77040
Telephone:  (713) 863-0611
Facsimile:  (713) 863-0523

**ATTORNEYS FOR DEFENDANT,
PAPPAS BAR-B-Q, INC.**

2

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the 29th day of December, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record. All other parties were served as indicated:

Cristina Vudhiwat                    *Via E-Filing, Facsimile, &*
Assistant Attorney General        *Certified Mail/Return Receipt Requested*
Office of the Attorney General
P. O. Box 12548
Austin, Texas  78711-2548
*Attorneys for Plaintiff*

Northwest Crossing Association   *Via Certified Mail/Return Receipt Requested*
c/o Association Management, Inc.
5295 Hollister Street
Houston, Texas  77040

Christopher A. Prine                                    *Via E-filing*
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Christopher A. Prine                                    *Via E-filing*
Clerk, Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, Texas 77002


                              */s/ Don C. Griffin*
                              Don C. Griffin


US 3190638v.1